NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AZURITY PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

v.

**BIONPHARMA INC.,**
*Defendant-Appellee*

---

2021-1926, 2021-1927

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:18-cv-01962-LPS, 1:19-cv-01067-LPS, Judge Leonard P. Stark.

---

**JUDGMENT**

---

RICHARD TORCZON, Wilson, Sonsini, Goodrich & Rosati, PC, Washington, DC, argued for plaintiff-appellant.  Also represented by TY WILLIAM CALLAHAN, GRANVILLE CLAYTON KAUFMAN, Los Angeles, CA; WENDY L. DEVINE, NICHOLAS SYLVESTER HALKOWSKI, KRISTINA M. HANSON, San Francisco, CA; NATALIE J. MORGAN, San Diego, CA.

ANDREW M. ALUL, Taft, Stettinius & Hollister, LLP, Chicago, IL, argued for defendant-appellee.  Also represented by ROSHAN SHRESTHA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 9, 2022          /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                          Clerk of Court